## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. CR-19-174-SLP |
| ANDREW CORY EAVES, SR., | ) ) ) |
| Defendant. | ) |

### MINUTE SHEET OF PROCEEDINGS
### SENTENCING HEARING

| **Honorable Scott L. Palk, Presiding** | Marcia J. Davis, Deputy Clerk |
|---|---|
| Cassy Kerr, Court Reporter | U.S. Probation Officer Rod Rabon |
| Interpreter – N/A | Date proceedings held: July 23, 2020 @ 10:00 a.m.<br>Time in court: 1 Hour<br>Courtroom No. 304 |

| Appearance for Government: Thomas B. Snyder | Appearance for Defendant: Elliott C. Crawford |
|---|---|

**HEARING CONCLUDED**: ☒ Yes; ☐ No;
**Hearing Type:** ☐ Sentencing Hearing – Contested; ☒ Sentencing Hearing – Non Evidentiary;
**Held on count(s)** ___2___ of the ___14___ count:
☒ Indictment; ☐ Information; ☒ Superseding Indictment; ☐ Superseding Information filed: 6/19/19

**Applicable Proceedings**:

| ☒ Sentencing held | ☒ Objections to the PSR heard | ☐ Plea Agreement accepted | ☐ Plea Agreement NOT accepted |
|---|---|---|---|
| ☐ Sentencing Guidelines | ☒ Downward Departure | ☐ Upward Departure | ☐ Settled/Guilty Plea |
| ☐ Witness Testimony heard | ☐ Evidence Entered | ☐ Other | |

**SENTENCING TEXT**:
☒ Defendant sentenced to a term of **PROBATION** for: ___36___ months;
☐ Defendant sentenced to a term of **IMPRISONMENT** to the Bureau of Prisons for a term of: _____.
☐ Counts _____ to run ☐ concurrently;
☐ Defendant placed on a term of **SUPERVISED RELEASE** for a term of _____;
☐ Counts _____ to run ☐ concurrently; ☐ consecutive to each other;
☐ Additional **special conditions** imposed *(See judgment and commitment order for specifics)*;

**CRIMINAL MONETARY PENALTIES**:
- ☐ **Restitution** is ordered in the amount of: $_____;
  - ☐ to be paid in installments ☐ due immediately;
- ☐ **Fine** imposed in the amount of $_____;
  - ☐ to be paid in installments ☐ due immediately;
- ☐ **JVTA Assessment** imposed in the amount of $_____;
  - ☐ to be paid in installments ☐ due immediately;
- ☒ $100.00 **special assessment** on Count(s) _2_____ due immediately;

**Government motions**:
- ☐ Count(s) _____ dismissed on motion by the government;
- ☒ Order dismissing original indictment and Count 1 of the Indictment upon motion of the government;

**Custody Status**:
- ☐ Defendant ordered to surrender to the designated institution on _____;
- ☐ Defendant failed to appear, Bench Warrant issued;
- ☒ **Bond** ☒ **Continued**; ☐ **Revoked**;
- ☐ **Custody/Detention continued**;
- ☐ Defendant **REMANDED** to the Custody of the U.S. Marshal pending service of sentence;
- ☐ Court **recommends** incarceration at _____
- ☐ Other recommendations by the court _____;

**Appeal status**:
- ☒ Defendant advised of their right to appeal;
- ☐ Defendant requests Clerk to enter notice of appeal;

---

*Other proceedings*:   See judgment and commitment order for sentencing specifics.

*Revised minute-sentencing-January, 2017*